FIRST DEPARTMENT, OCTOBER, 2007

(October 10, 2007)*

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RODNEY VANNOY, Appellant. [844 NYS2d 162]—Judgment, Supreme Court, New York County (Patricia Nuñez, J.), rendered on or about January 12, 2006, unanimously affirmed. No opinion. Order filed. Concur—Saxe, J.P., Marlow, Williams, Sweeny and Malone, JJ.

---

* Not published with other First Department decisions of October 10, 2007.